CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-19-004592 OT
C I V I L

Barry Glazer, et al vs Thyssenkrupp Elevator Corp, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

      To: THYSSENKRUPP ELEVATOR CORP
          S/O The Prentice Hall Corporation System
          7 St Paul Street, Suite 820
          Baltimore, MD 21202


      You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Barry Glazer
                                  1010 Light Street
                                  Baltimore, MD 21230

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   10/16/19

_____
Marilyn Bentley
Clerk of the Circuit Court per _____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.